## H. B. THOMAS & CO. ET AL. *v.* UNITED STATES

**No. 5595.**—Invoices dated Neuville-en-Ferrain, France, July, 2, 1937, etc.
Certified July 3, 1937, etc.
Entered at San Francisco, Calif., August 3, 1937, etc.
Entry No. 1443, etc.

(Decided March 11, 1942)

*Lawrence & Tuttle* (*George R. Tuttle* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General (*Richard H. Welsh, James F. Donnelly,* and *Samuel D. Spector,* special attorneys), for the defendant.

DALLINGER, Judge: The appeals to reappraisement listed in schedule A, hereto attached and made a part hereof, having been formally abandoned are hereby dismissed. Judgment will be rendered accordingly.